# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| PATRICE PERRY,<br><br>　　　　　　　　Plaintiff,<br>　　vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　　　　Defendant. | C06-1102 JPD<br><br>MINUTE ORDER RESETTING DEADLINES |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

Plaintiff has requested additional time in which to comply with the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (dkt. # 3). The request is GRANTED.

The parties will adhere to the following amended schedule:

FRCP 26f Conference deadline ................................. October 5, 2006

Initial Disclosure deadline ................................. October 12, 2006

Joint Status Report due ................................. October 19, 2006

The date by which the Clerk is to be informed whether the individual parties are consenting to have this matter heard by the Honorable James P. Donohue, United States Magistrate Judge, is extended to October 19, 2006. (See Notice of Initial Assignment to a U.S. Magistrate Judge & Consent Form (dkt # 2)). The parties may indicate in the Joint Status Report their desire to consent to Judge Donohue, or have the case reassigned to a district judge; should the parties decide earlier than October 19, 2006, to consent or decline, deputy clerk Peter H. Voelker may be notified at (206) 370-8422, or by fax at (206) 370-8425. An individual party's

1 | decision on consent is not to be filed electronically or forwarded in any form to the chambers of
2 | Judge Donohue.

Dated this 15th of September, 2006

Bruce Rifkin, Clerk of Court

/s/ PETER H. VOELKER
Peter H. Voelker, Deputy Clerk