1

2

3

4   UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

5

6   PATRICE PERRY,

7                    Plaintiff(s),

8          v.                                    NO. C06-1102P

9   UNITED STATES OF AMERICA, et al.,            MINUTE ORDER

10                   Defendant(s).

11

12

13          The following minute order is made by the direction of the court, the Honorable Marsha J.

14   Pechman:

15          The Court notes the reassignment of this matter from Magistrate Judge James P. Donohue to

16   this Court (Dkt. No. 8), and further notes that an initial discovery schedule (Dkt. No. 6) is already in

17   place.

18          The parties are advised that the existing case schedule is still in effect and the Court expects

19   that a Joint Status Report will be filed by no later than **October 19, 2006**.

20

21          Filed this 10th day of October, 2006.

22                                               BRUCE RIFKIN, Clerk

23

24                                               By      /s Mary Duett
                                                        Deputy Clerk

25

26   MINUTE ORDER