1          District Judge Marsha J. Pechman

2

3

4

5

6              UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON
7                     AT SEATTLE

8    PATRICE PERRY, an individual,
                                            No. C06-1102 MJP
9                Plaintiff,
            v.
10                                          **MOTION FOR RELIEF**
     UNITED STATES OF AMERICA,              **FROM MEDIATION**
11
                 Defendant.                 (Note on Motion Calendar for
12                                          Consideration on **August 31, 2007**)

13

14

15                    **INTRODUCTION**

16        Defendant United States, by and through its attorney, Jeffrey C. Sullivan, United

17   States Attorney, and Priscilla T. Chan, Assistant United States Attorney for the Western

18   District of Washington, hereby moves this Court, for relief from mediation on the grounds

19   that mediation in this case would not be practicable and would not result in the settlement

20   of this case.

21                     **ARGUMENT**

22        The plaintiff in this action seeks to hold the United States vicariously liable under

23   the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-2680 ("FTCA"), for the

24   negligent conduct of United States Postal Service ("USPS") employee, George Wellman,

25   in allegedly causing a collision between his USPS truck and a Ford Taurus operated by

26   Plaintiff Patrice Perry.  The Government has carefully reviewed this case and believes

27   that the claim is barred by the FTCA's two-year statute of limitations under 28 U.S.C.

28   § 2401(b).  A motion to dismiss the plaintiff's claim against the United States has been

1 │ filed and is presently pending before the Court (Dkt. #32).  For this and other reasons

2 │ which are unique to this lawsuit, the Government has determined that it is not prepared to

3 │ offer anything by way of settlement in this case.

4 │ 　　　The United States has been, and continues to be, a great proponent and an active

5 │ participant in the CR 39.1 program in this District.  Nevertheless, there are cases in which

6 │ it is not prepared to make an offer of settlement, and it seeks in advance to be relieved of

7 │ its obligation to mediate under CR 39.1 so that the parties can avoid a waste of time and

8 │ expense associated with such a mediation.  This is such a case.

9 │ 　　　Accordingly, the United States respectfully requests that it be relieved of its

10 │ obligation to participate in a mediation of this case, and it so moves.

11 │ **CONCLUSION**

12 │ 　　　For the foregoing reasons, the Defendant United States respectfully requests the

13 │ Court to grant the Government relief from mediation.

14 │

15 │ **PROPOSED ORDER**

16 │ 　　　A proposed order is attached for the Court's review.

17 │ 　　　Dated this 13th day of August, 2007.

18 │

19 │ 　　　　　　　　　　　Respectfully submitted,

20 │ 　　　　　　　　　　　JEFFREY C. SULLIVAN
 │ 　　　　　　　　　　　United States Attorney

21 │

22 │ 　　　　　　　　　　　BRIAN C. KIPNIS
 │ 　　　　　　　　　　　Assistant United States Attorney
 │ 　　　　　　　　　　　Chief, Civil Division

23 │

24 │ 　　　　　　　　　　　 */s/ Priscilla T. Chan*
 │ 　　　　　　　　　　　PRISCILLA T. CHAN
 │ 　　　　　　　　　　　Assistant United States Attorney

25 │ 　　　　　　　　　　　Attorney for United States
 │ 　　　　　　　　　　　United States Attorney's Office

26 │ 　　　　　　　　　　　700 Stewart Street, Suite 5220
 │ 　　　　　　　　　　　Seattle, Washington 98101-1271

27 │ 　　　　　　　　　　　Phone: 206-553-7970
 │ 　　　　　　　　　　　Email: Priscilla.Chan@usdoj.gov

28 │ 　　　　　　　　　　　Attorneys for Defendant United States of America

MOTION FOR RELIEF FROM MEDIATION - 2
(CV-06-1102 MJP)

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing  to the attorney(s) of record for the defendant(s).

jim@johansonlaw.com

I hereby certify that I have served the attorney(s) of record for the defendant(s) that are non CM/ECF participants via telefax.

- 0 -

DATED this 13th day of August, 2007.

/s/ Priscilla T. Chan
PRISCILLA T. CHAN, WSBA #28533
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
Email: Priscilla.Chan@usdoj.gov

MOTION FOR RELIEF FROM MEDIATION - 3
(CV-06-1102 MJP)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970