___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

DEC 7 - 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

06-CV-01102-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PATRICE PERRY,

    Plaintiff,

    v.

U.S. POSTAL SERVICE, et al,

    Defendants.

Case No. C06-1102MJP

ORDER OF DISMISSAL

Counsel having notified the court of the settlement of this case, and it appearing that no issue remains for the court's determination,

IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

In the event that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within 30 days of the date of this order. Any trial date and pretrial dates previously set are hereby VACATED.

IT IS SO ORDERED this ___7___ day of December, 2007.

Marsha J. Pechman
United States District Judge

ORDER OF DISMISSAL